FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 20, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RONALD W. ROUSH and JAMES H. HUNTER, qui tam as Relators, <br><br> Plaintiffs, <br><br> and <br><br> THE UNITED STATES OF AMERICA, <br><br> Interested Party, <br><br> v. <br><br> AKAL SECURITY, INC., <br><br> Defendant. | NO: 2:20-CV-358-RMP <br><br> ORDER OF DISMISSAL |

BEFORE THE COURT is a Consent Notice by the United States, Interested Party and potential intervenor plaintiff, ECF No. 9. Having reviewed the Consent Notice and the record, the Court finds good cause to dismiss this case with prejudice as to Plaintiffs-Relators and without prejudice as to the United States.

ORDER OF DISMISSAL ~ 1

The United States previously declined to intervene in this action filed pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B).  ECF No. 7.  In accepting the United States' Notice to Decline Election to Intervene, on June 30, 2021, this Court ordered the Plaintiffs-Relators to retain counsel in this matter because pro se relators may not prosecute a qui tam action on behalf of the United States.  ECF No. 8 at 2 (citing *United States ex rel. Stoner v. Santa Clara County Office of Educ.*, 502 F.3d 1116, 1127 (9th Cir. 2007)).  The Court further ordered that Plaintiffs-Relators' counsel enter an appearance before the filing of Defendant's answer and for Plaintiffs-Relators to serve the Notice of Election to Decline to Intervene, the Complaint, the Complaint signature page, and the Civil Cover Sheet, upon Defendant.  *Id.*  In addition, in the event that Plaintiffs-Relators, Defendant, or both propose that this action be dismissed, settled, or discontinued, the Court must solicit the written consent of the United States before ruling.  *See id.*

On August 27, 2021, the United States filed a Consent Notice informing the Court of its consent to dismissal of this action without prejudice with respect to the United States and with prejudice as to the Plaintiffs-Relators.  ECF No. 9.  The United States informed the Court that it ensured service of the Court's June 30, 2021 Order, ECF No. 8, upon Plaintiffs-Relators.  ECF No. 9 at 2.  The United States further represents that it was in contact with Plaintiff-Relator James Hunter and had notified Plaintiffs-Relators of its intent to file a Consent Notice and had confirmed

ORDER OF DISMISSAL ~ 2

on August 26, 2021 that Plaintiffs-Relators had not retained counsel nor served Defendant as ordered. *Id.*[1]

As Plaintiffs-Relators have not satisfied their obligations to prosecute this case over the course of nearly three months, the Court finds that dismissal consistent with the United States' Consent Notice is the appropriate and necessary resolution of this matter.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Consent Notice, **ECF No. 9**, is **APPROVED**.

2. Plaintiffs' Complaint is dismissed **without prejudice** with respect to the United States and **with prejudice** with respect to Plaintiffs-Relators and without fees or costs to any party.

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, enter judgment of dismissal with prejudice as to Plaintiffs-Relators and without prejudice as to the United States, provide copies to all parties, and **close this case**.

**DATED** September 20, 2021.        *s/ Rosanna Malouf Peterson*
                                      ROSANNA MALOUF PETERSON
                                      United States District Judge

---

[1] Plaintiff-Relator Ronald Roush did not respond to either the United States or Plaintiff-Relator Hunter. *See* ECF No. 9 at 2.

ORDER OF DISMISSAL ~ 3