AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 20, 2021**

SEAN F. McAVOY, CLERK

RONALD W. ROUSH and JAMES H. HUNTER,
qui tam as Relators,

*Plaintiff*

v.

THE UNITED STATES OF AMERICA,
*Interested Party*

AKAL SECURITY, INC.,
*Defendant*

Civil Action No. 2:20-CV-358-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Consent Notice, ECF No. 9, is APPROVED. Plaintiffs' Complaint is dismissed without prejudice with respect to the United States and with prejudice with respect to Plaintiffs-Relators and without fees or costs to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Rosanna Malouf Peterson   on parties consent to dismiss.

Date: September 20, 2021

*CLERK OF COURT*

SEAN F. McAVOY

s/ Sara Gore
*(By) Deputy Clerk*

Sara Gore